# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 20, 2020

## NO. 03-18-00855-CV

**The State Board for Educator Certification, Appellant**

**v.**

**Leo J. Tran, Appellee**

### APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BAKER
### REVERSED AND RENDERED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on December 3, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment affirming the decision of the State Board for Educator Certification. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.